UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ENRIQUE ELSEY,

Plaintiff

v.

PASCO SCHOOL DISTRICT NO. 1,

Defendant.

Case No. 4:25-cv-05183-SAB

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRESERVATION ORDER AND LIMITED EXPEDITED DISCOVERY

Before the Court is Plaintiff's Motion for Preservation Order and Limited Expedited Discovery. The Court finds good cause to enter limited relief to preserve a finite and uniquely probative record set and to permit narrowly tailored early discovery.

**IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Preservation Order and Limited Expedited Discovery is GRANTED.

2. Defendant Pasco School District No. 1 shall preserve all documents and electronically stored information within its possession, custody, or control relating to Plaintiff's May 2025 post-incident urine test, including Copies 1–5 and all versions of the federal Custody and Control Form bearing Identifier, 2093133975, and related chain-of-custody and classification communications.

3. Defendant shall issue a written litigation hold and file a declaration confirming compliance within seven (7) days of this Order.

IT IS SO ORDERED.

DATED: _____

STANLEY A. BASTIAN
United States District Judge

RECEIVED
JAN 0 7 2025
CLERK, U.S. DISTRICT COURT
RICHLAND, WASHINGTON