UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

ENRIQUE ELSEY, Plaintiff, pro se,

v.

PASCO SCHOOL DISTRICT NO. 1, Defendant.

Case No. 4:25-cv-05183-SAB

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January, 2026, I caused a true and correct copy of the following documents to be served upon Defendant Pasco School District No. 1: *Plaintiff's Motion for Preservation Order and Limited Expedited Discovery, Declaration of Enrique Elsey in Support, and [Proposed] Order*, by depositing the same in the United States Mail, postage prepaid, certified mail.

**Service was made upon:**

Pasco School District No. 1

Attn: Michelle Whitney, Superintendent

1215 W. Lewis St.

Pasco, WA 99301

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: January 7, 2026

_____
Enrique Elsey, pro se

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Pasco, WA 99301        OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $5.30 | 0352 |
| $ $0.00 | 10 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | JAN -7 2026 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $1.07 | |
| $ | 01/07/2026 |
| Total Postage and Fees $6.37 | |

Sent To: Pasco School Dist. No. 1
Street and Apt. No., or PO Box No.: 1215 W Lewis St (Attn: Michelle Whitney)
City, State, ZIP+4®: Pasco, WA. 99301

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 3775 5137 58