UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON


FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 07 2026

SEAN F. McAVOY, CLERK
RICHLAND, WASHINGTON

ENRIQUE ELSEY,

Plaintiff

v.

PASCO SCHOOL DISTRICT NO. 1,

Defendant.

Case No. 4:25-cv-05183-SAB

## DECLARATION OF ENRIQUE ELSEY IN SUPPORT OF PLAINTIFF'S MOTION

1. I am the Plaintiff in this action and make this declaration based on personal knowledge.

2. I was employed by Defendant Pasco School District No. 1 as a school bus driver in a safety-sensitive position.

3. In or around May 2025, I was required to submit to a post-incident urine test.

4. At the conclusion of the collection, I was provided Copy 5 (Donor Copy) of a federal Custody and Control Form bearing Identifier, 2093133975.

5. Attached hereto as Exhibit A is a true and correct copy of the DOT Custody and Control Form (Copy 5) provided to me at the conclusion of the May 2025 collection.

6. The existence of Copy 5 establishes that additional copies and/or scans of the same Custody and Control Form existed at the time of collection.

7. Prior to termination, I raised concerns that the test being relied upon was not mine.

8. The preservation of these records is necessary to prevent irreparable loss of evidence central to this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 7, 2026, at Pasco, Washington.

Enrique Elsey