EXHIBIT A

Federal Drug Testing Custody and Control Form Copy 5 (Donor Copy)

Identifier 2093133975



RECEIVED

JAN 0 7 2025

CLERK, U.S. DISTRICT COURT
RICHLAND, WASHINGTON

# FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM



SPECIMEN ID NO.

**2093133975**
ACCESSION NO.

CRL — 8433 QUIVIRA • LENEXA, KANSAS 66215

## STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

A. Employer Name, Address, I.D. No.

B. MRO Name, Address, Phone No. and Fax No.

C. Donor SSN, Employee I.D. No., CDL State and No.

D. Specify Testing Authority: ☐ HHS ☐ NRC   Specify DOT Agency: ☐ FMCSA ☐ FAA ☐ FRA ☐ FTA ☐ PHMSA ☐ USCG

E. Reason for Test: ☐ Pre-employment ☐ Random ☐ Reasonable Suspicion/Cause ☐ Post Accident ☐ Return to Duty ☐ Follow-up ☐ Other (specify)

F. Drug Tests to be Performed: ☐ THC, COC, PCP, OPI, AMP  ☐ THC & COC Only  ☐ Other (specify)

G. Collection Site Address:   Collector Contact Info: Phone ( )   Fax ( )   Other:

## STEP 2: COMPLETED BY COLLECTOR (make remarks when appropriate).   ☐ URINE   ☐ ORAL FLUID

COLLECTION: ☐ Split ☐ Single ☐ None Provided, Enter Remark.

URINE: Collector reads urine temperature within 4 minutes. Temperature between 90° and 100° F? ☐ Yes ☐ No, Enter Remark ☐ Observed, Enter Remark

ORAL FLUID: Split Type: ☐ Serial ☐ Concurrent ☐ Subdivided   Each Device Within Expiration Date? ☐ Yes ☐ No ☐ Volume Indicator(s) Observed

REMARKS:

STEP 3: Collector affixes seal(s) to bottle(s)/tube(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 5 on Copy 2 (MRO Copy)

## STEP 4: CHAIN OF CUSTODY – INITIATED BY COLLECTOR AND COMPLETED BY TEST FACILITY

I certify that the specimen given to me by the donor identified in the certification section on Copy 2 of this form was collected, labeled, sealed and released to the Delivery Service noted in accordance with applicable federal requirements.

X _____ Signature of Collector

(PRINT) Collector's Name (First, MI, Last)   Mo. Day Year   Time of Collection AM/PM

SPECIMEN BOTTLE(S)/TUBE(S) RELEASED TO:   Name of Delivery Service

## STEP 5: COMPLETED BY DONOR

I certify that I provided my specimen to the collector; that I have not adulterated it in any manner; each specimen bottle/tube used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle/tube is correct.

X _____ Signature of Donor   (PRINT) Donor's Name (First, MI, Last)   Mo. Day Year

Email Address   Daytime Phone No. ( )   Evening Phone No. ( )   Date of Birth Mo. Day Year

After the Medical Review Officer receives the test results for the specimen identified by this form, he/she may contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5). – DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

## STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER – PRIMARY SPECIMEN   ☐ URINE   ☐ ORAL FLUID

In accordance with applicable federal requirements, my verification is:

☐ NEGATIVE   ☐ POSITIVE for: _____
☐ DILUTE
☐ REFUSAL TO TEST because – check reason(s) below:
　☐ ADULTERATED (adulterant/reason): _____
　☐ SUBSTITUTED
　☐ OTHER: _____
☐ TEST CANCELLED

REMARKS:

X _____ Signature of Medical Review Officer   (PRINT) Medical Review Officer's Name (First, MI, Last)   Mo. / Day / Year

## STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER – SPLIT SPECIMEN

In accordance with applicable federal requirements, my verification for the split specimen (if tested) is:

☐ RECONFIRMED for: _____
☐ FAILED TO RECONFIRM for: _____
☐ TEST CANCELLED

REMARKS:

X _____ Signature of Medical Review Officer   (PRINT) Medical Review Officer's Name (First, MI, Last)   Mo. / Day / Year

COPY 5 – DONOR COPY   V2.1   8/24