**ORIGINAL**
**FILE WITH CLERK'S OFFICE**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 07 2026

SEAN F. McAVOY
RICHLAND, WASHINGTON

Enrique Elsey
_____
Plaintiff(s)

v.

Civil Action No. 4:25-cv-05183-SAB

Pasco School District No. 1
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Pasco School District No. 1
C/O Superintendent
1215 W. Lewis Street
Pasco, WA 99301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Enrique Elsey
~~220~~ 615 N. Wehe
Pasco WA
99301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/19/2025           _____
                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   4:25-cv-05183-SAB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Raul Sital
was received by me on *(date)* 1/6/2026 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Raul Sital , who is designated by law to accept service of process on behalf of *(name of organization)* Pasco School district C.L. Booth Bldg on *(date)* 1/6/2026 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

1/6/2026
Date

*Server's signature* Kara Sewell

*Printed name and title* Kara Sewell

*Server's address* 824 S 7th Ave Pasco WA 99301

Additional information regarding attempted service, etc: