FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 0 7 2026

SEAN F. MCAVOY, CLERK
RICHLAND, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Enrique Elsey

Plaintiff(s)/United States

v.                                Case No. 4:25-cv-05183-SAB

Pasco School District No. 1

Defendant(s)

**Pro Se Motion for Electronic Case Filing Authorization**

NOW COMES the Plaintiff/Defendant, _Enrique Elsey_, appearing pro se (hereinafter "Pro Se Litigant"), and respectfully requests that the court permit said Pro Se Litigant to file electronically in ECF. In support of this motion, Pro Se Litigant states the following:

1. Pro Se Litigant is presently a named party in the above case.

2. Pro Se Litigant represents that he/she has the following systems required to participate in ECF:

    A. An email account and Internet access;

    B. Internet browser that is compatible with ECF, such as Internet Explorer, Safari or Firefox;

    C. Ability to create and read PDF documents;

    D. A PACER (Public Access to Court Electronic Records) account with PACER login and password;

3. As a condition of obtaining electronic filing authorization, Pro Se Litigant understands and agrees to the following:

    A. I must familiarize myself with and follow rules and procedures of the Court, such as the Federal Rules, Local Rules, and the Administrative Procedures for Electronic Case Filing;

    B. By registering for electronic service, I waive my right to receive service of documents by first class mail, according to Federal Rule Civil Procedure 5(b)(2)(E). I will receive a Notice of Electronic Filing via e-mail. Upon receipt of this notice, I am permitted one "free look" at the document by clicking on the hyperlinked document number. The one "free look" expires 15 days from the date the notice was sent. After the "free look" is used or expires, the document can only be accessed through PACER.;

    C. I may only file electronic documents in the above-captioned case;

    D. That the clerk's office will terminate my electronic filing authorization should an attorney subsequently file an appearance on my behalf in the above captioned case;

1
2
3      E. That the court may terminate my electronic filing
4      authorization at any time for failure to comply with any of the
5      above conditions.
6
7  WHEREFORE, Pro Se Litigant respectfully requests that the court:
8
9      A. Grant the Motion to Obtain Electronic Filing
10     Authorization;
11
12     B. Grant such other relief as is equitable and just.
13
14  Date: 01-07-26   Signature: _____
15                   Name: Enrique Elsey
16                   Address: 220 Homestead dr.
17
18                   Pasco WA 99301
19
20                   Telephone No. 509 721 7061
21
22                   Email Address: Misterelsey@gmail.com
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on the __7__ day of __January__, 20__26__, I filed the foregoing document with the Clerk of Court. I certify that a true and correct copy of said Motion was sent to all case participants in the following manner:

__Yes__    U.S. Mail - Postage Prepaid    _____ Other

__No__    Personal Service

Parties Served: Pasco School District No 1, 1215 W Lewis St. Pasco WA

DATED this __7__ day of __January__, 20__26__.

_____ Signature

- 4 -

