FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 15, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| ENRIQUE ELSEY, | No. 4:25-CV-05183-SAB |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION** |
| PASCO SCHOOL DISTRICT NO. 1, | **FOR ELECTRONIC CASE** |
| Defendant. | **FILING AUTHORIZATION** |

Before the Court is Plaintiff's Motion for Electronic Case Filing Authorization, ECF No. 6. Plaintiff is representing himself in the matter. Defendant has not filed a notice of appearance. The motion was considered without oral argument.

Having reviewed the request, the Court grants Plaintiff's request to obtain electronic case filing authorization.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Electronic Case Filing Authorization, ECF No. 6, is **GRANTED**.

   a. Plaintiff shall adhere to the Local Civil Rules for file formatting and processes, found at **https://www.waed.uscourts.gov/local-civil-rules-eastern-district-washington**.

   b. Plaintiff may contact the Clerk's Office at (509) 458-3400 if he wishes to schedule e-filing training.

**ORDER GRANTING MOTION FOR ELECTRONIC CASE FILING AUTHORIZATION** \* 1

    c. Plaintiff may file electronic documents in the above-captioned cause only.

    d. The Clerk's Office will terminate Plaintiff's ECF Registration should an attorney subsequently file a Notice of Appearance on Plaintiff's behalf.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and provide copies to *pro se* Plaintiff.

**DATED** this 15th day of January 2026.



_____
Stan Bastian
Chief United States District Judge

**ORDER GRANTING MOTION FOR ELECTRONIC CASE FILING AUTHORIZATION * 2**