Lance M. Andree, WSBA #32078
Porter Foster Rorick LLP
601 Union Street, Suite 800
Seattle, Washington 98101
(206) 622-0203

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ENRIQUE ELSEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PASCO SCHOOL DISTRICT NO. 1,<br><br>　　　　Defendants. | NO. 4:25-CV-05183-SAB<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that **Lance M. Andree of Porter Foster Rorick LLP**, appears herein as counsel for the **Pasco School District No.1**, and without waiving objections as to failure of service, improper service, or want of jurisdiction, hereby requests that all further pleadings, notices, correspondence and other such papers, except original process, be served upon said attorneys.

RESPECTFULLY SUBMITTED this <u>27th</u> day of January 2026.

　　　　　　　　　　PORTER FOSTER RORICK LLP

　　　　　　　　　　_____
　　　　　　　　　　By: Lance M. Andree, WSBA No. 32078
　　　　　　　　　　　　Attorneys for Pasco School District No.1

**NOTICE OF APPEARANCE — 1**
**4:25-CV-05183-SAB**

Porter Foster Rorick LLP
800 Two Union Square | 601 Union Street
Seattle, Washington 98101
(206) 622-0203 | pfrwa.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2026, I electronically filed the foregoing Defendant's **Notice of Appearance** with the Clerk of the Court using the CM/ECF filing system. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.

**Plaintiff:** Enrique Elsey, misterelsey@gmail.com

DATED this 27th day of January 2026.

**PORTER FOSTER RORICK LLP**

By: **Maia Serosky, Legal Assistant**
Porter Foster Rorick LLP

NOTICE OF APPEARANCE — 1
4:25-CV-05183-SAB