FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 10, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ENRIQUE ELSEY,<br><br>        Plaintiff,<br><br>        v.<br><br>PASCO SCHOOL DISTRICT NO. 1,<br><br>        Defendant. | No. 4:25-CV-05183-SAB<br><br>**ORDER DENYING MOTION**<br><br>**FOR PRESERVATION ORDER** |

   Before the Court is Plaintiff's Motion for Preservation Order and Limited Expedited Discovery, ECF No. 3. Plaintiff is representing himself in the matter. Defendant is represented by Francis C. Bonwell and Lance M. Andree. The Motion was considered without oral argument.

   Plaintiff requests the Court grant a Preservation Order which would prevent the destruction of particular evidence by Defendant. Parties are under a duty to preserve evidence when they know or should know that they are in possession of evidence that is relevant to pending litigation. *Leon v. IDX Systems Corp.*, 464 F.3d 951, 959 (9th Cir. 2006). Plaintiff makes no indication of a likelihood that Defendant will destroy such evidence absent a preservation order, and Defendant is on notice of this action and the relevant evidence. As such, a preservation order is unnecessary at this time.

   Regarding Plaintiff's request for expedited discovery, Plaintiff offers no

**ORDER DENYING MOTION FOR PRESERVATION ORDER \* 1**

explanation for his need for expedited discovery. District courts have consistently held such motions are not granted absent good cause shown. *In re Countrywide Fin. Corp, Derivative Litig.*, 542 F.Supp.2d 1160, 1179 (C.D. Cal. 2008); *Semitool, Inc. v. Tokyo Electron Am., Inc.*, 208 F.R.D. 273, 275 (N.D. Cal. 2002). Plaintiff has not demonstrated good cause to grant the motion. Moreover, Fed. R. Civ. P. 26(d) generally provides that formal discovery will not commence until after "the parties have conferred as required by Rule 26(f)." As such, Plaintiff's Motion for Expedited Discovery is denied.

        Accordingly, **IT IS HEREBY ORDERED**:

        1.    Plaintiff's Motion for Preservation Order and Limited Expedited Discovery, ECF No. 3, is **DENIED**.

        **IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel **and to** pro se Plaintiff.

        **DATED** this 10th day of February 2026.

_____
Stan Bastian
Chief United States District Judge

**ORDER DENYING MOTION FOR PRESERVATION ORDER * 2**