Enrique Elsey
Plaintiff, pro se
misterelsey@gmail.com
509.721.7061

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **ENRIQUE ELSEY,**<br>Plaintiff,<br><br>v.<br><br>**PASCO SCHOOL DISTRICT NO. 1,**<br>Defendant. | Case No. 4:25-cv-05183-SAB<br><br>**[REVISED PROPOSED] ORDER GRANTING IN PART PLAINTIFF'S MOTION TO COMPEL COMPLETE ANSWER TO INTERROGATORY NO. 2** |

Before the Court is Plaintiff's Motion to Compel Complete Answer to Interrogatory No. 2, ECF No. 20. Defendant thereafter served a Second Supplemental Answer to Interrogatory No. 2 on August 21, 2026. Having reviewed the motion, the supporting declaration and exhibits, Defendant's response and declarations, Plaintiff's reply, the August 21 supplementation, and the record, the Court finds that the August 21 supplementation narrows the dispute but does not fully resolve it under Federal Rules of Civil Procedure 33(b)(3) and 37(a)(4).

**IT IS HEREBY ORDERED:**

1. Within ten (10) days of the date of this Order, Defendant shall serve a further verified answer to Plaintiff's First Interrogatory No. 2, in accordance with Federal Rule of Civil Procedure 33(b)(3) and (5), that:

(a) states the presently known nonprivileged facts identifying how or through what information Shirley Claflin allegedly learned that Plaintiff had not been ticketed or towed, or states that Defendant does not know that information; and

(b) states whether Defendant continues to maintain the allegation in Paragraph 25 of its Answer that Claflin explained during the later phone conversation that the wrong form resulted from misinformation Plaintiff supplied about the accident and, if Defendant continues to maintain that allegation, states the presently known nonprivileged facts supporting it.

2. Nothing in this Order requires Defendant to disclose the January 23, 2026 investigation report, attorney-client communications, counsel's mental impressions, interview notes, credibility assessments, litigation strategy, or other protected attorney work product.

3. Plaintiff's Motion is GRANTED to the limited extent set forth above. To the extent the August 21, 2026 supplementation has otherwise supplied the information sought by the Motion, the Motion is DENIED AS MOOT.

4. No sanctions are awarded at this time.

IT IS SO ORDERED. The District Court Executive is directed to enter this Order and provide copies to the parties.

DATED this ____ day of ____________, .

________________________________

**STANLEY A. BASTIAN**

Chief United States District Judge