FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 11, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ENRIQUE ELSEY,<br>Plaintiff,<br>v.<br>PASCO SCHOOL DISTRICT NO. 1,<br>Defendant. | No. 4:25-CV-05183-SAB<br><br>**ORDER DENYING MOTION TO COMPEL** |

Before the Court is Plaintiff's Motion to Compel Complete Answer to Interrogatory No. 2, ECF No. 20. Plaintiff is representing himself in the matter. Defendant is represented by Francis C. Bonwell and Lance M. Andree. The Motion was considered without oral argument.

Plaintiff requests the Court enter an Order compelling Defendant to produce a supplemented response to one of several Interrogatories served on Defendant. The Court has already informed Plaintiff that it does not impose supplemental discovery deadlines, and the record reflects that Defendant continues to supplement its responses in good faith. As stated in the Court's Jury Trial Scheduling Order, the Discovery Deadline is December 23, 2026.

//

//

//

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Compel Complete Answer to Interrogatory No. 2, ECF No. 20, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel **and** pro se Plaintiff.

**DATED** this 11th day of September 2026.

Stan Bastian
Chief United States District Judge